FILED

2026 Jun-30  AM 09:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

CHARMAINE BROWN,                )
                                )
        Petitioner,             )
                                )
v.                              )      Case No. 7:25-cv-2210-MHH-GMB
                                )
WARDEN BROTON,                  )
                                )
        Respondent.             )

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge entered a report, (Doc. 22), on June 2, 2026, in which he recommended that the Court dismiss Charmaine Brown's *pro se* petition for a writ of habeas corpus as moot. The Magistrate Judge recommended, in the alternative, that the Court dismiss the petition without prejudice for Ms. Brown's failure to prosecute her claims. The Magistrate Judge noted that Ms. Brown's pending motions are moot. The Magistrate Judge advised Ms. Brown of her opportunity to object to the report and recommendation. (Doc. 22, pp. 4-5). To date, the Court has not received objections.

After reviewing the materials in the Court's electronic docket, the Court adopts the Magistrate Judge's report and accepts his recommendation. Accordingly, by separate order, the Court will dismiss Ms. Brown's § 2241 habeas petition because the petition is moot. Additionally, the Court will dismiss Ms. Brown's §

2241 habeas petition without prejudice for Ms. Brown's failure to prosecute her claims. The Court denies Ms. Brown's pending motions as moot. The Clerk of Court shall please TERM Docs. 6, 9, 10, 14, and 16.

**DONE** and **ORDERED** this June 30, 2026.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE